UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| | CASE No. |
| THE SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | CHIEF MAGISTRATE JUDGE ELIZABETH A. PRESTON-DEAVERS |
| | **FILED UNDER SEAL** |

## ORDER TO SEAL

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled matter, continue to be sealed, and the Clerk is instructed not to unseal the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A, until July 31, 2020, or until upon a Motion by the United States and additional Order by the Court.

/s/Elizabeth Preston Deavers
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A – Timothy Prichard**

2:15-MJ-721
2:15-MJ-789
2:15-MJ-809


2:16-MJ-221
2:16-MJ-322
2:16-MJ-323
2:16-MJ-325
2:16-MJ-326
2:16-MJ-327
2:16-MJ-328
2:16-MJ-329
2:16-MJ-330
2:16-MJ-331
2:16-MJ-338
2:16-MJ-339
2:16-MJ-340
2:16-MJ-341
2:16-MJ-364
2:16-MJ-365
2:16-MJ-367
2:16-MJ-368
2:16-MJ-455
2:16-MJ-456
2:16-MJ-457
2:16-MJ-458
2:16-MJ-459
2:16-MJ-460
2:16-MJ-525
2:16-MJ-565
2:16-MJ-566
2:16-MJ-567
2:16-MJ-568
2:16-MJ-569
2:16-MJ-570
2:16-MJ-571
2:16-MJ-625

2:17-MJ-049
2:17-MJ-050
2:17-MJ-051
2:17-MJ-052
2:17-MJ-053
2:17-MJ-054
2:17-MJ-055
2:17-MJ-056
2:17-MJ-058
2:17-MJ-059
2:17-MJ-062
2:17-MJ-095
2:17-MJ-097
2:17-MJ-101
2:17-MJ-102
2:17-MJ-104
2:17-MJ-105
2:17-MJ-106
2:17-MJ-107
2:17-MJ-157
2:17-MJ-242
2:17-MJ-244
2:17-MJ-245
2:17-MJ-246
2:17-MJ-247
2:17-MJ-278
2:17-MJ-279
2:17-MJ-280
2:17-MJ-281
2:17-MJ-331
2:17-MJ-332
2:17-MJ-333
2:17-MJ-334
2:17-MJ-540
2:17-MJ-595
2:17-MJ-596
2:17-MJ-751

2:18-MJ-357
2:18-MJ-521
2:18-MJ-782
2:18-MJ-783
2:18-MJ-853
2:18-MJ-854
2:18-MJ-855
2:18-MJ-856
2:18-MJ-857
2:18-MJ-884
2:18-MJ-886

2:19-MJ-030
2:19-MJ-031
2:19-MJ-032
2:19-MJ-033
2:19-MJ-034
2:19-MJ-035
2:19-MJ-036
2:19-MJ-037
2:19-MJ-038
2:19-MJ-039
2:19-MJ-040
2:19-MJ-041
2:19-MJ-043
2:19-MJ-044
2:19-MJ-045
2:19-MJ-046
2:19-MJ-047
2:19-MJ-069
2:19-MJ-070
2:19-MJ-071
2:19-MJ-072
2:19-MJ-097
2:19-MJ-098
2:19-MJ-099
2:19-MJ-101
2:19-MJ-102
2:19-MJ-169
2:19-MJ-216
2:19-MJ-217
2:19-MJ-218
2:19-MJ-219
2:19-MJ-220
2:19-MJ-221
2:19-MJ-222
2:19-MJ-223
2:19-MJ-224
2:19-MJ-225
2:19-MJ-226
2:19-MJ-227
2:19-MJ-228
2:19-MJ-229
2:19-MJ-256
2:19-MJ-257
2:19-MJ-258
2:19-MJ-259
2:19-MJ-260

2:19-MJ-262  
2:19-MJ-279  
2:19-MJ-292  
2:19-MJ-299  
2:19-MJ-300  
2:19-MJ-335  
2:19-MJ-336  
2:19-MJ-337  
2:19-MJ-338  
2:19-MJ-347  
2:19-MJ-362  
2:19-MJ-363  
2:19-MJ-362  
2:19-MJ-364  
2:19-MJ-365  
2:19-MJ-366  
2:19-MJ-367  
2:19-MJ-368  
2:19-MJ-369  
2:19-MJ-378  
2:19-MJ-382  
2:19-MJ-388  
2:19-MJ-397  
2:19-MJ-398  
2:19-MJ-399  
2:19-MJ-400  
2:19-MJ-401  
2:19-MJ-402  
2:19-MJ-403  
2:19-MJ-404  
2:19-MJ-405  
2:19-MJ-406  
2:19-MJ-410  
2:19-MJ-412  
2:19-MJ-424  
2:19-MJ-427  
2:19-MJ-432  
2:19-MJ-439  
2:19-MJ-440  
2:19-MJ-441  
2:19-MJ-452  
2:19-MJ-454  
2:19-MJ-455  
2:19-MJ-456  
2:19-MJ-457  
2:19-MJ-458

2:19-MJ-472
2:19-MJ-473
2:19-MJ-474
2:19-MJ-475
2:19-MJ-490
2:19-MJ-491
2:19-MJ-492
2:19-MJ-494
2:19-MJ-495
2:19-MJ-498
2:19-MJ-537
2:19-MJ-539
2:19-MJ-540
2:19-MJ-541
2:19-MJ-542
2:19-MJ-543
2:19-MJ-566
2:19-MJ-571
2:19-MJ-574
2:19-MJ-578
2:19-MJ-579
2:19-MJ-580
2:19-MJ-591
2:19-MJ-592
2:19-MJ-613
2:19-MJ-626
2:19-MJ-629
2:19-MJ-644
2:19-MJ-649
2:19-MJ-655
2:19-MJ-656
2:19-MJ-657
2:19-MJ-658
2:19-MJ-659
2:19-MJ-660
2:19-MJ-670
2:19-MJ-679
2:19-MJ-680
2:19-MJ-684
2:19-MJ-685
2:19-MJ-686
2:19-MJ-687
2:19-MJ-688
2:19-MJ-692
2:19-MJ-693
2:19-MJ-748

2:19-MJ-749
2:19-MJ-750
2:19-MJ-751
2:19-MJ-752
2:19-MJ-753
2:19-MJ-754
2:19-MJ-755
2:19-MJ-756
2:19-MJ-757
2:19-MJ-758
2:19-MJ-759
2:19-MJ-760
2:19-MJ-762
2:19-MJ-763
2:19-MJ-764
2:19-MJ-765
2:19-MJ-766
2:19-MJ-769
2:19-MJ-770
2:19-MJ-771
2:19-MJ-775
2:19-MJ-799
2:19-MJ-823
2:19-MJ-828
2:19-MJ-854
2:19-MJ-856
2:19-MJ-857
2:19-MJ-858
2:19-MJ-859
2:19-MJ-917
2:19-MJ-955
2:19-MJ-956
2:19-MJ-959
2:19-MJ-960
2:19-MJ-961

2:20-MJ-017
2:20-MJ-018
2:20-MJ-040